# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHIECHI, CAROLYN P. | U.S. TAX COURT | 06/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS- ON RECALL) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

ROOM 233
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217-0002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate ( ▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 09/1992 | Sutherland, Asbill & Brennan (SAB) (See VIII. Additional Information or Explanations) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SAB HR 10 Plan | D | Int./Div. | | | Distributed | 08/03/17 | L | | Req. Min. Dis. (RMD) |
| 2. | D | Int./Div. | | | Distributed | 08/07/17 | P1 | | Rollover to 1.94, 115-130 |
| 3. Coca Cola Co., Common Stock | C | Dividend | L | T | | | | | Rec'd part from 1.77 |
| 4. BP PLC, Common Stock | D | Dividend | L | T | | | | | |
| 5. Merck & Co., Common Stock | B | Dividend | L | T | | | | | Rec'd part from 1.83 |
| 6. Express Scripts Holding Co., Common Stock | | None | J | T | | | | | |
| 7. Stryker Corp., Common Stock | A | Dividend | L | T | | | | | |
| 8. WalMart Stores, Inc., Common Stk. | B | Dividend | L | T | | | | | |
| 9. Marriott Int'l, Inc. New, Class A, Common Stock | B | Dividend | L | T | | | | | |
| 10. Marriott Vacations Worldwide Corp Common Stock | A | Dividend | J | T | | | | | |
| 11. Host Hotels and Resorts Inc., Common Stock | A | Dividend | J | T | | | | | See VIII |
| 12. PNC Financial Corp., Common Stock | A | Dividend | K | T | | | | | |
| 13. Microsoft Corp., Common Stock | C | Dividend | M | T | Donated (part) | | | | |
| 14. Medtronic, Common Stock | A | Dividend | K | T | | | | | |
| 15. Bank of America (MM/Ckg Accts) | A | Interest | L | T | | | | | |
| 16. Boeing, Co., Common Stock | D | Dividend | M | T | | | | | |
| 17. NIKE, Class B Common Stock | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Inc., Common Stock | B | Dividend | M | T | | | | | Rec'd part from 1.73 |
| 19. Alphabet Inc Class C (name change from Google Inc.,) Capital Stock | | None | K | T | | | | | |
| 20. Alphabet Inc Class A (name change from Google Inc.,) Common Stock | | None | K | T | | | | | |
| 21. Amgen. Inc., Common Stock | A | Dividend | J | T | | | | | |
| 22. General Electric, Common Stock | B | Dividend | K | T | | | | | |
| 23. Merrill Lynch (ML) Bank Deposit (Money Market Fund) | | None | L | T | | | | | Rec'd part from 1.72 |
| 24. Berkshire Hathaway B, Common Stock | | None | J | T | | | | | |
| 25. Cisco Systems Inc., Common Stock | A | Dividend | J | T | | | | | |
| 26. Johnson & Johnson, Common Stock | A | Dividend | K | T | | | | | |
| 27. AT&T Inc., Common Stock | A | Dividend | J | T | | | | | |
| 28. Amazon.com, Inc., Common Stock | | None | L | T | Buy (add'l) | 06/16/17 | J | | |
| 29. Biogen Idec Inc., Common Stock | | None | K | T | | 02/02/17 | J | | See 1.30 |
| 30. Bioverativ Inc., Common Stock | | None | J | T | Spinoff (from line 29) | 02/02/17 | J | | See 1.29 |
| 31. Home Depot Inc., Common Stock | A | Dividend | J | T | | | | | |
| 32. Beneficial. interest in Lehman Bros Holdings Inc Plan Trust | | None | J | W | | | | | See VIII |
| 33. Bank of America Corp., Common Stock | A | Dividend | J | T | | | | | |
| 34. Micron Tech Inc., Common Stock | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pepsico Inc., Common Stock | A | Dividend | J | T | | | | | |
| 36. Pfizer Inc., Common Stock | A | Dividend | J | T | | | | | |
| 37. Proctor & Gamble, Common Stock | B | Dividend | K | T | | | | | |
| 38. Texas Instruments, Common Stock | B | Dividend | L | T | | | | | |
| 39. Walt Disney Co., Common Stock | B | Dividend | L | T | | | | | |
| 40. Exxon Mobil, Common Stock | B | Dividend | L | T | | | | | |
| 41. Colgate Palmolive, Common Stock | D | Dividend | O | T | | | | | |
| 42. Southern Co., Common Stock | A | Dividend | J | T | | | | | |
| 43. Abbvie Inc., Common Stock | A | Dividend | K | T | | | | | |
| 44. Conoco Philips, Common Stock | A | Dividend | K | T | | | | | |
| 45. Devon Engery, Common Stock | A | Dividend | J | T | | | | | |
| 46. Dupont E I de Nemours, Common Stock | A | Dividend | | | | 09/01/17 | K | | See 1.47, see VIII |
| 47. DowDupont Inc., Common Stock | A | Dividend | K | T | | 09/01/17 | K | | See 1.46, see VIII |
| 48. Eastman Chemical, Common Stock | A | Dividend | J | T | | | | | |
| 49. IBM Corp, Common Stock | B | Dividend | L | T | | | | | |
| 50. Phillips 66, Common Stock | A | Dividend | K | T | | | | | |
| 51. Thompson Reuters Corp, Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Tech Corp, Common Stock | A | Dividend | K | T | | | | | |
| 53. 3M Company, Common Stock | B | Dividend | L | T | | | | | |
| 54. Williams Company, Common Stock | A | Dividend | J | T | | | | | |
| 55. Nuveen Sanata Barbara Fund, Mutual Fund | A | Dividend | K | T | | | | | |
| 56. Santander Bank, 0.70% fixed rate CD, due 5/24/17 | A | Interest | | | Redeemed | 05/24/17 | L | | |
| 57. Sallie Mae bank 0.60% fixed rate CD due 2/24/17 | A | Interest | | | Redeemed | 02/24/17 | L | | |
| 58. McDonald's Corp., Common Stock | A | Dividend | K | T | | 02/23/17 | J | | Rec'd part from 1.80 |
| 59. | | | | | | 10/18/17 | J | | Rec'd as RMD 1.68 |
| 60. Citizens Bank 0.75% fixed rate CD, due 7/12/17 | A | Interest | | | Buy | 04/03/17 | L | | |
| 61. | | | | | Redeemed | 07/12/17 | L | | |
| 62. First Virginia Community Bank 0.45% fixed rate CD, due 2/28/18 | A | Interest | L | T | Buy | 02/22/17 | L | | |
| 63. Compass Bank 1.15% fixed rate CD, due 2/28/18 | A | Interest | L | T | Buy | 05/24/17 | L | | |
| 64. ML Beneficiary IRA ( beneficiary of ___ IRA) | | | | | | | | | |
| 65. --Chevron Corp., Common Stock | A | Dividend | J | T | | | | | |
| 66. --Glaxosmithkline PLC, Common Stock | A | Dividend | J | T | | | | | |
| 67. --Lockheed Martin Corp., Common Stock | A | Dividend | K | T | | | | | |
| 68. --McDonald's Corp., Common Stock | B | Dividend | L | T | Distributed (part) | 10/18/17 | J | | RMD, see 1.59 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Pfizer Inc., Common Stock | A | Dividend | J | T | | | | | |
| 70. --ML Bank Money Market Fund | | None | J | T | | | | | |
| 71. Estate | | | | | | | | | |
| 72. --ML Bank Deposit (Money Market Fund) | | None | | | Distributed | 02/23/17 | J | | 1/2 dst'd to me, see 1.23 |
| 73. --Apple Inc., Common Stock | A | Dividend | | | Distributed | 02/23/17 | M | | 1/2 dst'd to me, see 1.18 |
| 74. --Chevron Corp., Common Stock | A | Dividend | | | Sold (part) | 01/31/17 | J | A | |
| 75. --Chevron Corp., Common Stock | A | Dividend | | | Distributed | 02/23/17 | L | | 1/2 dst'd to me, see 1.76 |
| 76. Chevron Corp., Common Stock | A | Dividend | K | T | | | | | See 1.75 |
| 77. --Coca Cola, Common Stock | A | Dividend | | | Distributed | 02/23/17 | L | | 1/2 dst'd to me, see 1.3 |
| 78. --Lockheed Martin Corp., Common Stock | B | Dividend | | | Distributed | 02/23/17 | M | | 1/2 dst'd to me, see 1.79 |
| 79. Lockheed Martin Corp., Common Stock | B | Dividend | L | T | | | | | See 1. 78 |
| 80. --McDonalds Corp., Common Stock | A | Dividend | | | Distributed | 02/23/17 | J | | 1/2 dst'd to me, see 1.58 |
| 81. --Royal Dutch Shell PLC, Common Stock | A | Dividend | | | Distributed | 02/23/17 | J | | 1/2 dst'd to me, see 1.82 |
| 82. Royal Dutch Shell PLC, Common Stock | A | Dividend | J | T | | | | | See 1.81 |
| 83. --Merck & Co., Common Stock | B | Dividend | | | Distributed | 02/23/17 | M | | 1/2 dst'd to me, see 1.5 |
| 84. --Real Property (Essex County, NJ) Total $804,500 | | None | | | Distributed | 02/23/17 | O | | 1/2 dst'd to me-jt tenant |
| 85. ML IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --BP PLC, Common Stock | A | Dividend | J | T | | | | | |
| 87. --General Electric, Common Stock | A | Dividend | K | T | | | | | |
| 88. --Goldman Sachs, Common Stock | A | Dividend | L | T | | | | | |
| 89. --AT&T Inc., Common Stock | A | Dividend | J | T | | | | | |
| 90. --Schlumberger, Common Stock | A | Dividend | K | T | | | | | |
| 91. --Target, Common Stock | A | Dividend | K | T | | | | | |
| 92. --St. Paul Travelers, Common Stock | B | Dividend | L | T | | | | | |
| 93. --Kinetics New Paradigm Fund Cl A Mutual Fund | | None | J | T | | | | | |
| 94. --ML Bank Deposit (Money Market Fund) | | None | J | T | | | | | Rec'd part from I.2 |
| 95. --Abbott Labs, Common Stock | A | Dividend | J | T | | | | | |
| 96. --Abbvie Inc., Common Stock | B | Dividend | K | T | | | | | |
| 97. --Johnson & Johnson, Common Stock | B | Dividend | L | T | | | | | |
| 98. --Apple Inc., Common Stock | B | Dividend | M | T | | | | | |
| 99. --BB&T Corp., Common Stock | B | Dividend | L | T | | | | | |
| 100. --General Motors Co., Common Stock | A | Dividend | K | T | | | | | |
| 101. --National-Oilwell Varco Inc., Common Stock | A | Dividend | J | T | | | | | |
| 102. --Repsol S.A., Common Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Smith & Nephew Group, Common Stock | A | Dividend | K | T | | | | | |
| 104. --Devon Energy Corp., Common Stock | A | Dividend | J | T | | | | | |
| 105. --Sabrient Bakers Dozen Portfolio Fund, ser 2016, Mutual Fund | | None | | | Sold | 01/31/17 | K | | |
| 106. --Safra National Bank, 0.60% fixed rate CD, due 3/29/17 | A | Interest | | | Redeemed | 03/29/17 | L | | |
| 107. --Columbia Dividend Opportunity Fund A, Mutual Fund | | None | L | T | | | | | |
| 108. --Hartford Equity Income Fund A, Mutual Fund | | None | M | T | | | | | |
| 109. --Peoples Bank 0.70% fixed rate CD, due 10/13/17 | A | Interest | | | Redeemed | 10/13/17 | M | | |
| 110. --Sabrient Bakers Dozen ser 2017, Mutual Fund | | None | K | T | Buy | 01/31/17 | K | | |
| 111. --Peoples United Bank, 0.70% fixed rate CD, matures 7/25/17 | A | Interest | | | Buy | 04/03/17 | L | | |
| 112. | | | | | Redeemed | 07/25/17 | L | | |
| 113. --Luther Burbank Savings Bank 0.70% fixed rate CD, matures 1/29/18 | A | Interest | L | T | Buy | 07/27/17 | L | | |
| 114. --ZB Bank 1.25% fixed rate CD, matures 4/12/18 | A | Interest | M | T | Buy | 10/17/17 | M | | |
| 115. --Alphabet Inc., Class C, Common Stock | | None | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 116. --Amazon.com, Common Stock | | None | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 117. --Apple Inc., Common Stock | A | Dividend | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 118. --Celgene Corp., Common Stock | | None | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 119. --Raytheon Co., Common Stock | A | Dividend | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Ishares Core S&P Small Cap ETF, Mutual Fund | A | Dividend | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 121. --Ishares IBoxx Investment Grade Corp Bond Fund, Mutual Fund | C | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |
| 122. --Ishares Core S&P 500 ETF, Mutual Fund | A | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |
| 123. --Ishares Core S&P U.S. Growth ETF, Mutual Fund | A | Dividend | L | T | Buy | 08/08/17 | K | | Rollover from I.2 |
| 124. --Ishares Core S&P U.S. Value ETF, Mutual Fund | A | Dividend | K | T | Buy | 08/08/17 | K | | Rollover from I.2 |
| 125. --Ishares U.S. Treasury Bond ETF, Mutual Fund | A | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |
| 126. --SPDR Bloomberg Barclay High Yield Bond ETF, Mutual Fund | A | Dividend | K | T | Buy | 08/08/17 | K | | Rollover from I.2 |
| 127. --SPDR U.S. Financial Sector ETF, Mutual Fund | A | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |
| 128. --Vanguard FTSE Emerging Markets ETF, Mutual Fund | A | Dividend | L | T | Buy | 08/08/17 | L | | Rollover from I.2 |
| 129. --Vanguard FTSE Developed Markets ETF, Mutual Fund | B | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |
| 130. --Vanguard Mortgage-Backed Securities, Mutual Fund | B | Dividend | M | T | Buy | 08/08/17 | M | | Rollover from I.2 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHIECHI, CAROLYN P. | 06/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. AGREEMENTS (Cont'd).

At least for the foreseeable future, I decided to continue to have certain of the amounts I had accumulated in the HR 10 Plan, which is sponsored by SAB of which I was a partner through September 30, 1992, and which is an independently managed, fully funded, defined contribution plan that allows for self-directed investments, to be managed by the advisor retained by SAB. In July 2000, I rolled over into an IRA at Morgan Stanley the balance of those amounts. In 2007, I rolled over my Morgan Stanley IRA accounts into IRA accounts at UBS Financial Services, Inc. (UBS). In 2014, I rolled over my UBS IRA into IRA accounts at Merrill Lynch (ML). In 2017, I rolled over the entire amount in the HR 10 Plan to IRA accounts at ML.

I have a vested interest in the Sutherland, Asbill & Brennan Defined Benefit Plan for Partners and Nonlegal Personnel. The benefit I am entitled to receive under that plan is an annual income on a straight-line basis of $6,782.15 per year, commencing at normal retirement age of 65 and which became effective as of 1/1/09. Annual amount is paid equally over 12 months. Pursuant to the terms of the plan, I was not entitled to a lump-sum payout when I withdrew as a partner from SAB effective October 1, 1992, because, as a relatively new plan, the benefits to the participants of the plan were not fully funded. The plan provides that pension payments were to begin automatically after I attained the normal retirement age of 65. The amount of the pension payments are in no way affected by the profitability of SAB or by the performance of the trust fund. If the trustee of the plan were to realize a better or a worse investment rate than assumed in the actuarial calculations for the plan, SAB either would contribute less or more to provide the defined benefit of all participants. The plan may be terminated either because of a change in the law or a decision by the partners of SAB to discontinue this benefit. In the event of plan termination, ERISA provides very specific rules for the allocation of plan assets among participants, with those who have already retired being given fully funded benefits first. If SAB were not able to provide all benefits, the Pension Benefit Guaranty Corporation would pick up the liability for any shortfall up to the benefit levels insured by that agency. It is my understanding that, except in that unlikely event, my benefit under the plan is a fixed amount.

VII. INVESTMENTS AND TRUSTS

P.4, line 11

I failed to include in my 2016 Financial Disclosure Report that only part, not all, of Host Hotels and Resorts Inc. was sold in 2016.

P. 5, line 32

In 2012 Lehman Bros. Holdings, Inc., commenced bankruptcy proceedings, its stock was canceled, and its stockholders received proportionate beneficial interests in or rights to the Lehman Bros Holdings, Inc., plan trust. Although I placed a yearend value in my 2012 financial disclosure report on my interest in or right to that plan trust, upon reflection I believe that a value really was not ascertainable for that interest or right at the end of 2012, 2013, 2014, 2015, 2016, or 2017 because of the uncertainties involved in the bankruptcy proceedings. Nonetheless, I indicated that the value code is J, i.e., "$15,000 or less".

P. 6, lines 46 and 47

Dow Chemical and DuPont E I de Nemours merged and the new company name is DowDupont, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CAROLYN P. CHIECHI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544